United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Clarissa M. Robinson  
       Debtor

Case No. 16-10238-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Nov 10, 2016  
                   Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2016.  
db          +Clarissa M. Robinson,    709 Landis Street,    Philadelphia, PA 19124-3010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2016 at the address(es) listed below:  
       ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, National Association  
        agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       DAVID M. OFFEN    on behalf of Defendant Clarissa M. Robinson dmo160west@gmail.com,  
        davidoffenecf@gmail.com  
       DAVID M. OFFEN    on behalf of Debtor Clarissa M. Robinson dmo160west@gmail.com,  
        davidoffenecf@gmail.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association  
        bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       PETER J. ASHCROFT    on behalf of Creditor    Consumer Portfolio Services, Inc.  
        pashcroft@bernsteinlaw.com,  
        pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com  
       QUINN E.N. DOGGETT    on behalf of Plaintiff    UNITED STATES OF AMERICA quinn.doggett@ssa.gov,  
        OGC.Phil.EDPA.Bankruptcy@ssa.gov  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                       TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Clarissa M. Robinson
      Debtor(s)

Chapter: 13

Bankruptcy No: 16−10238−jkf

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this November 10, 2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                          Jean K. FitzSimon
                                          Judge ,
                                          United States Bankruptcy Court

50
Form 155