**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Clarissa M. Robinson<br>　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 16-10238 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1300

                                Respectfully submitted,

                                **/s/Thomas Puleo, Esquire**
                                Thomas Puleo, Esquire
                                Brian C. Nicholas, Esquire
                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 825-6306  FAX (215) 825-6406