United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 16-10238-jkf
Clarissa M. Robinson                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Sep 28, 2017
                             Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13660132      +E-mail/Text: bankruptcy@consumerportfolio.com Sep 29 2017 01:28:37      Consumer Portfolio Svc,
               Po Box 57071,   Irvine, CA 92619-7071
                                                                                    TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2017 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, National Association
          agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
         DAVID M. OFFEN    on behalf of Debtor Clarissa M. Robinson dmo160west@gmail.com,
          davidoffenecf@gmail.com
         DAVID M. OFFEN    on behalf of Defendant Clarissa M. Robinson dmo160west@gmail.com,
          davidoffenecf@gmail.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, National Association
          bkgroup@kmllawgroup.com
         PETER J. ASHCROFT    on behalf of Creditor    Consumer Portfolio Services, Inc.
          pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         QUINN E.N. DOGGETT    on behalf of Plaintiff    UNITED STATES OF AMERICA quinn.doggett@ssa.gov,
          OGC.Phil.EDPA.Bankruptcy@ssa.gov
         THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
          tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                            TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-10238-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Clarissa M. Robinson
709 Landis Street
Philadelphia PA 19124

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/28/2017.

Name and Address of Alleged Transferor(s):

Claim No. 4: Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/30/17

Tim McGrath
**CLERK OF THE COURT**