### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Clarissa M. Robinson aka Clarissa
Napper

                    Debtor

JPMorgan Chase Bank, National Association
               v.
Clarissa M. Robinson aka Clarissa Napper
          and
William C. Miller Esq.

               Trustee

Chapter 13

NO. 16-10238 ELF

### ORDER

AND NOW, this 9th    day of  February    , 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on August 22, 2017  it is **ORDERED**  that:

The Automatic Stay of all proceedings, as provided under  11 U.S.C. Section 362, is modified to allow JPMorgan Chase Bank, National Association and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 709 Landis Street Philadelphia, PA 19124.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**