United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10238-elf
Clarissa M. Robinson                                                      Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Feb 09, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
db            +Clarissa M. Robinson,    709 Landis Street,    Philadelphia, PA 19124-3010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                          Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, National Association
        agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
        DAVID M. OFFEN    on behalf of Debtor Clarissa M. Robinson dmo160west@gmail.com,
        davidoffenecf@gmail.com
        DAVID M. OFFEN    on behalf of Defendant Clarissa M. Robinson dmo160west@gmail.com,
        davidoffenecf@gmail.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
        bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, National Association
        bkgroup@kmllawgroup.com
        PETER J. ASHCROFT    on behalf of Creditor    Consumer Portfolio Services, Inc.
        pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        QUINN E.N. DOGGETT    on behalf of Plaintiff    UNITED STATES OF AMERICA quinn.doggett@ssa.gov,
        OGC.Phil.EDPA.Bankruptcy@ssa.gov
        REBECCA ANN SOLARZ    on behalf of Creditor    JPMorgan Chase Bank, National Association
        bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
        tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                        TOTAL: 11

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Clarissa M. Robinson aka Clarissa Napper | |
| Debtor | Chapter 13 |
| JPMorgan Chase Bank, National Association | |
| v. | |
| Clarissa M. Robinson aka Clarissa Napper | NO. 16-10238 ELF |
| and | |
| William C. Miller Esq. | |
| Trustee | |

### ORDER

AND NOW, this 9th day of February , 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on August 22, 2017  it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided under  11 U.S.C. Section 362, is modified to allow JPMorgan Chase Bank, National Association and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 709 Landis Street Philadelphia, PA 19124.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**